IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD RAYE RANDOLPH,

        Petitioner,                  No. CIV S-09-1788 FCD KJM P

    vs.

JAMES WALKER, Warden,

        Respondent.              <u>ORDER</u>

_____/

        Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. <u>See</u> <u>Nevius v. Sumner</u>, 105 F.3d 453, 460 (9th Cir. 1996). However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." <u>See</u> Rule 8(c), Fed. R. Governing § 2254 Cases. In the present case, the court does not find that the interests of justice would be served by the appointment of counsel at the present time.

/////

/////

/////

/////

/////

1     Accordingly, IT IS HEREBY ORDERED that petitioner's request for
2 appointment of counsel (Docket No. 9) is denied without prejudice to a renewal of the motion at
3 a later stage of the proceedings.
4 DATED: January 6, 2010.

_____
U.S. MAGISTRATE JUDGE

/kly
rand1788.110(2)